# Order

Michigan Supreme Court
Lansing, Michigan

April 29, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

158663

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v

                    SC:  158663
                    COA:  336058
TROY ANTONIO BROWN,       Macomb CC:  2015-002617-FC
          Defendant-Appellant.

_____/

By order of February 4, 2020, the prosecuting attorney was directed to answer the application for leave to appeal the October 18, 2018 judgment of the Court of Appeals. On order of the Court, the answer having been received, we DIRECT the Macomb County Prosecuting Attorney to file an additional response within 28 days of the date of this order that addresses whether, in light of all the evidence presented in this case, the uncorrected testimony of Detective-Sergeant Robert Eidt that the defendant was the one who said that the truth was somewhere in the middle, as repeatedly reinforced by the trial prosecutor, "could in any reasonable likelihood have affected the judgment of the jury." *People v Smith,* 498 Mich 466, 476 (2015).

The application for leave to appeal remains pending.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 29, 2020



s0420

Clerk